**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| STEPHEN RUSSELL, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KEHE DISTRIBUTORS, INC. and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-CV-01182-JAM-GGH<br><br>**ORDER TO FILE A FIRST AMENDED COMPLAINT AND TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>Trial Date:　　None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

482219.1                                                    1

**1**     Having reviewed the terms of the parties' Stipulation for Plaintiff to file a first
**2** amended complaint and to extend time for Defendant to file a responsive pleading,
**3** and for good cause showing, IT IS HEREBY ORDERED that: (1) Plaintiff may
**4** filed an amended complaint to add a claim under the California Private Attorney
**5** General Act ("PAGA"); and (2) Defendant's responsive pleading in this action is due
**6** 21 days from service of Plaintiff's first amended complaint.

**8** IT IS SO ORDERED.

**10** Dated: 6/23/2017                       /s/ John A. Mendez
                                             HONORABLE JOHN A. MENDEZ
**11**                                              United States District Court Judge

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 15760 Ventura Boulevard, Eighteenth Floor, Encino, CA 91436, USA.

On June 22, 2017, I served true copies of the following document(s) described as **[PROPOSED] ORDER TO FILE A FIRST AMENDED COMPLAINT AND TO EXTEND TIME TO FILE RESPONSIVE PLEADING** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 22, 2017, at Encino, California.

Darla Salter

482219.1

3

**SERVICE LIST**

Robert J. Wasserman, Esq.
rwasserman@mayallaw.com
William J. Gorham, Esq.
wgorham@mayallaw.com
Nicholas J. Scardigli, Esq.
nscardigli@mayallaw.com
John P. Briscoe, Esq.
jbriscoe@mayallaw.com
Mayall Hurley P.C.
2453 Grand Canal Boulevard
Stockton, California 95207-3833
Tel: (209) 477-3833
Fax: (209) 473-4818