**FILED**

SEP 0 1 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STEPHEN RUSSELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KEHE DISTRIBUTORS, INC. and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-01182-JAM-GGH<br>*jam*<br><br>[~~PROPOSED~~] ORDER TO STAY LITIGATION PENDING COMPLETION OF MEDIATION, AND CONDITIONAL CERTIFICATION OF FLSA CLAIM<br><br>Trial Date:   None Set |

Having reviewed the terms of the parties' Stipulation to stay the litigation pending completion of mediation and for conditional certification of the FLSA claim, and for good cause showing, IT IS HEREBY ORDERED that:

(1) The litigation is stayed pending completion of the January 30, 2018 mediation.

(2) The parties shall file a joint post-mediation status report with the Court by February 12, 2018, regarding the outcome of the mediation. If the case settled at mediation, the parties shall include a proposed schedule for filing the motion for preliminary approval of the settlement in the joint status report.

///


484523.1

1

(3) If the case does not settle at mediation, Defendant shall file its motion to compel arbitration or otherwise respond to the first amended complaint by February 26, 2018.

(4) If the case does not settle at mediation, the Court grants conditional certification of the FLSA claim for the sole purpose of sending an opt-in notice to the putative FLSA class pursuant to 29 U.S.C. § 216(b). This conditional certification is without prejudice to Defendant's right to move to compel individual arbitration of Plaintiff's claims and to stay the litigation pending completion of the arbitration, and/or to decertify the class following the notice and opt-in process. The parties shall lodge with the Court the proposed notice to be sent to the putative class by February 12, 2018. If the parties cannot agree to the proposed notice, the parties shall lodge with the Court their respective versions of the proposed notice.

IT IS SO ORDERED.

Dated: 8-31-2017

HONORABLE JOHN A. MENDEZ
United States District Court Judge